ANDREW L. PACKARD (State Bar No. 168690)
LAURIE A. MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Laurie@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>PARKER-HANNIFIN CORPORATION, dba RACOR DIVISION, an Ohio corporation,<br><br>            Defendant. | Case No. 13-cv-00505-AWI-GSA<br><br><br>STIPULATION RE SERVICE AND ORDER |

**WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed its complaint ("Complaint") in this action on April 6, 2013;

**WHEREAS**, Plaintiff filed, with Defendant's consent, a First Amended Complaint herein on April 29, 2013;

**WHEREAS**, Plaintiff electronically transmitted to Defendant a courtesy copy of the First Amended Complaint, the Complaint, the Summons and other complaint-related documents, including the order setting status (pretrial scheduling) conference, on or before April 29, 2013; and,

**WHEREAS**, on April 29, 2013, in the interests of allowing the Parties time to explore settlement, Plaintiff and Defendants agreed to deem the service of the above-referenced documents perfected on June 21, 2013.

1
2
3
4

**THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Plaintiff shall be deemed to have perfected service of the Complaint, the Amended Complaint and the complaint-related documents referenced above on June 21, 2013.

Dated: April 30, 2013                  Respectfully submitted,

5
6                                       LAW OFFICES OF ANDREW L. PACKARD
7
8                                       By: /s/ Andrew L. Packard_____
                                        Andrew L. Packard
9                                       Attorneys for Plaintiff
                                        CALIFORNIA SPORTFISHING
10                                      PROTECTION ALLIANCE

11   Dated: April 30, 2013              Parker-Hannifin Corporation
12
                                        By: /s/ Thomas L. Meyer_____
13                                      Vice President, Law & Deputy General Counsel
                                        (As authorized by L.R. 131)
14                                      Defendant

15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Pursuant to Stipulation, it is ORDERED that Plaintiff meets its service requirements and service on Defendant of the complaint and any related documents is deemed perfected on July 21, 2013.

IT IS SO ORDERED.

    Dated:   **May 2, 2013**                              **/s/ Gary S. Austin**
               UNITED STATES MAGISTRATE JUDGE