ANDREW L. PACKARD (State Bar No. 168690)
LAURIE A. MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
         Laurie@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>PARKER-HANNIFIN CORPORATION, dba RACOR DIVISION, an Ohio corporation,<br><br>         Defendant. | Case No. 13-cv-00505-AWI-GSA<br><br><br>STIPULATION RE SERVICE; AMENDED ORDER |

**WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed its complaint ("Complaint") in this action on April 6, 2013;

**WHEREAS**, Plaintiff filed, with Defendant's consent, a First Amended Complaint herein on April 29, 2013;

**WHEREAS**, Plaintiff electronically transmitted to Defendant a courtesy copy of the First Amended Complaint, the Complaint, the Summons and other complaint-related documents, including the order setting status (pretrial scheduling) conference, on or before April 29, 2013;

**WHEREAS**, on April 29, 2013, in the interests of allowing the Parties time to explore settlement, Plaintiff and Defendants agreed to deem the service of the above-referenced documents perfected on June 21, 2013; and,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WHEREAS**, the parties have already submitted a stipulation and order (granted on May 2, 2013) but the order erroneously stated July 21 and not June 21 as the pertinent date on which service is deemed perfected.

**THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Plaintiff shall be deemed to have perfected service of the Complaint, the Amended Complaint and the complaint-related documents referenced above on June 21, 2013.

Dated: June 12, 2013				Respectfully submitted,


						LAW OFFICES OF ANDREW L. PACKARD


						By: /s/ Andrew L. Packard_____
						Andrew L. Packard
						Attorneys for Plaintiff
						CALIFORNIA SPORTFISHING
						PROTECTION ALLIANCE

Dated: June 12, 2013				Parker-Hannifin Corporation

						By: /s/ Thomas L. Meyer_____
						Vice President, Law & Deputy General Counsel
						(As authorized by L.R. 131)
						Defendant

STIPULATION RE SERVICE AND AMENDED ORDER

# ORDER

Pursuant to Stipulation, it is ORDERED that Plaintiff meets its service requirements and service on Defendant of the complaint and any related documents is deemed perfected on June 21, 2013.

IT IS SO ORDERED.

Dated: **June 14, 2013**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE