ANDREW L. PACKARD (State Bar No. 168690)
LAURIE A. MIKKELSEN (State Bar No. 260313)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com
        Laurie@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No. 13-cv-00505-AWI-GSA |
|---|---|
| Plaintiff, | |
| vs. | ORDER EXTENDING TIME TO ANSWER |
| PARKER-HANNIFIN CORPORATION, dba RACOR DIVISION, an Ohio corporation, | |
| Defendant. | |

**WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed its complaint ("Complaint") in this action on April 6, 2013.

**WHEREAS**, Plaintiff filed, with Defendant's consent, a First Amended Complaint herein on April 29, 2013.

**WHEREAS**, Plaintiff electronically transmitted to Defendant a courtesy copy of the First Amended Complaint, the Complaint, the Summons and other complaint-related documents, including the order setting status (pretrial scheduling) conference, on or before April 29, 2013; and,

**WHEREAS**, on April 29, 2013, in the interests of allowing the Parties time to explore settlement, Plaintiff and Defendant agreed to deem the service of the above-referenced documents perfected on June 21, 2013, and so stipulated.

**WHEREAS**, the Parties participated in a Scheduling Conference with the Honorable Gary S. Austin on July 9, 2013.  During that Scheduling Conference, the Parties agreed that the due date for the initial disclosures would be continued until August 26, 2013, and that another Scheduling Conference would be scheduled for the same date.  Should the Parties not have settled the case by then, a second Joint Scheduling Report will be submitted by August 19, 2013.

**WHEREAS**, counsel for the Defendant participating in the Scheduling Conference stated that, as of that time, it was his understanding that it was still Defendant's plan to file its Answer by July 12, 2013.

**WHEREAS**, thereafter, Plaintiff consented to a one-week extension for Defendant's filing of its Answer, to July 19, 2013.

**WHEREAS**, since the July 9 Scheduling Conference, the Parties have continued to engage in substantial settlement negotiations.  The terms of a possible settlement have been exchanged, and Plaintiff expects to circulate to Defendant a draft Consent Judgment within the week.

**WHEREAS**, the Parties anticipate at this time that this case will be resolved through the entry of a Consent Judgment, and agree that their resources should be directed toward finalization of that settlement.

**THEREFORE**, the Parties move that Defendant's deadline to file a responsive pleading in this matter be continued to August 19, 2013.

Respectfully submitted,

Dated:  July 18, 2013            LAW OFFICES OF ANDREW L. PACKARD

 /s/ Andrew L. Packard_____
By:  Andrew L. Packard
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

| | | |
|---|---|---|
| Dated: July 18, 2013 | | COHEN & GRIGSBY, P.C. |
| | By: | /s/ Scott R. Thistle<br>Scott R. Thistle<br>(As authorized by L.R. 131)<br>Attorneys for Defendant<br>Parker-Hannifin Corporation |

**ORDER**

Pursuant to the Parties' Consent Motion for Extension, it is ORDERED that the Motion is GRANTED, and the deadline for Defendant's filing of its responsive pleading shall be continued until August 19, 2013.

IT IS SO ORDERED.

Dated:   **July 22, 2013**                                     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE