1  ANDREW L. PACKARD (State Bar No. 168690)
   LAURIE A. MIKKELSEN (State Bar No. 260313)
2  Law Offices of Andrew L. Packard
   100 Petaluma Blvd. N., Suite 301
3  Petaluma, CA 94952
   Tel: (707) 763-7227
4  Fax: (707) 763-9227
   E-mail: Andrew@packardlawoffices.com
5          Laurie@packardlawoffices.com

6  Attorneys for Plaintiff
   CALIFORNIA SPORTFISHING
7  PROTECTION ALLIANCE

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11 | CALIFORNIA SPORTFISHING          | Case No. 13-cv-00505-AWI-GSA
   | PROTECTION ALLIANCE, a non-profit|
12 | corporation,                     |
   |                                  |
13 |           Plaintiff,             | **STIPULATION TO DISMISS
   |                                  | PLAINTIFF'S CLAIMS WITH
14 |      vs.                         | PREJUDICE;  ORDER GRANTING
   |                                  | DISMISSAL WITH PREJUDICE [FRCP
15 | PARKER-HANNIFIN CORPORATION,     | 41(a)(2)]**
   | dba RACOR DIVISION, an Ohio      |
16 | corporation,                     |
17 |           Defendant.             |

TO THE COURT:

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant in the above-captioned action, stipulate as follows:

WHEREAS, on or about February 4, 2013, CSPA provided Defendant with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on April 6, 2013, CSPA filed its Complaint against Defendant in this Court, captioned as *California Sportfishing Protection Alliance v. Parker-Hannifin Corporation* (USDC, E.D. Cal., Case No. 2:13-cv-00505-AWI-GSA), and filed an amended complaint in this action on April 29, 2013 ("Amended Complaint"), and said Amended Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

WHEREAS, CSPA and Defendant, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letter and Amended Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed consent agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as **Exhibit A** and incorporated by reference.

WHEREAS, CSPA has submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the balance of the 45-day review period set forth at 40 C.F.R. § 135.5 has now been waived by the agencies.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Amended Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 18(b) of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through September 30, 2015, for the sole purpose of resolving any disputes between the Parties with respect to

enforcement of any provision of the Consent Agreement.

Dated:  October 7, 2013  LAW OFFICES OF ANDREW L. PACKARD

By:__/s/ Andrew L. Packard_____
Andrew L. Packard
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE


Dated: October 7, 2013  PARKER-HANNIFIN CORPORATION

By:___/s/_ Thomas L. Meyer_____
Thomas L. Meyer
Vice President, Law & Deputy General Counsel
(As authorized by L.R. 131)
Defendant

### ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant PARKER-HANNIFIN CORPORATION, as set forth in CSPA's 60-Day Notice Letter and Amended Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Consent Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A until September 30, 2015.

IT IS SO ORDERED.

Dated:  October 8, 2013  _____
SENIOR  DISTRICT  JUDGE